USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                  :
YCD MULTIMEDIA, INC.,                                             :
                                                                  :
                                        Plaintiff,                :        Case No. 09 CIV 10124
                                                                  :        ECF Case
         -       against       -                                  :        (RH JCS)
                                                                  :        (JCF)
INTEGRATED MEDIA SYSTEMS, INC.                                    :
d/b/a BE MEDIA, and SEATAC DIGITAL                               :
RESOURCES, INC.,                                                  :
                                                                  :
                                        Defendants.               :
                                                                  :
-----------------------------------------------------------------x

### STIPULATION AND ORDER EXTENDING THE DEADLINE
### FOR FACT DISCOVERY TO JANUARY 15, 2011

WHEREAS, by order entered October 18, 2010, the Court entered an order (the "Amended Scheduling Order"), which amended its original scheduling order in this case, and which fixed December 1, 2010 as the final date for fact discovery;

WHEREAS, the Plaintiff and Defendants having scheduled depositions to be conducted . prior to such date;

WHEREAS, the witnesses noticed for such depositions are located in Israel and California and are not physically present in this District;

WHEREAS, in order to conserve resources for the benefit of the parties, which would best be utilized for settlement purposes, such depositions of international and out-of-state witnesses had been adjourned;

WHEREAS, the parties have provided documents in response to first requests for documents, however Plaintiff seeks additional fact disclosure;

WHEREAS, while the parties have not been able to reach a settlement of this action, they are continuing their settlement discussions;

WHEREAS, the parties seek a brief extension of the date to take depositions and complete fact discovery until January 15, 2011.

NOW, THEREFORE, the undersigned parties, subject to this Court's approval of this Stipulation, hereby stipulate and agree as follows:

1.      The parties' deadline to take depositions and exchange fact discovery in this case is extended until January 15, 2011. The parties shall seek no further extension of the deadline to take depositions or conduct fact discovery.

2.      All other provisions of the Amended Scheduling Order shall remain in effect.

3.      This stipulation may be signed in counterparts and by facsimile signature.

Dated: December 9, 2010
       New York, New York

The Law Offices of David Augenstein, P.C.      Crowell & Moring LLP
Attorneys for YCD Multimedia, Inc.             Attorneys for Seatac Digital Resources, Inc.
1244 49th Street                               590 Madison Avenue
Brooklyn, New York 11219                       New York, New York 10022
(718) 975-2012                                 (212) 223-4000

By: /s/ David Augenstein                       By: /s/ Mark S. Lichtenstein
    David Augenstein                                Mark S. Lichtenstein

Novick & Associates, P.C.
Attorneys for Defendant
Integrated Media Systems, Inc.
d/b/a Be Media
202 East Main Street
Huntington, New York  11743

By:  ___/s/ Albert V. Messina____
        Albert V. Messina


SO ORDERED:
This 12ᵗʰ day of December 2010

UNITED STATES MAGISTRATE JUDGE